2023CV0105 1578

2023-CP-10-5440

STATE OF SOUTH CAROLINA
COUNTY OF CHARLESTON

IN THE SMALL CLAIMS COURT

*Isaac Cramer
Keith Rossoen
Thomas James Lee
David Maybank III*

**FILED IN CHARLESTON COUNTY**

**OCT 27 2023**

**North Area Small Claims Court**

___John Singletary_____
Plaintiff

___4321 Waterview Circle_____
Street Address

___North Charleston__SC____29418___
City            State    Zip

(843) 693-2823
Phone

_____
Defendant

*4340 Corporate Rd*
Street Address

*North Chas. SC 29405*
City            State    Zip

*(843) 744-8683*
Phone

I, the plaintiff in this civil action, make the following claim against the defendant:

1.) I believe that the defendants are a residents of _____Charleston_____County_____
2.) Check a, b, or c to indicate the type of suit and supply documents required.
   a. ( ) This is a suit on a note; Two (2) copies of note attached. Defendant has defaulted in payment of said note with balance of $_____ now due and payable.
   b. ( ) This is a suit on an account; Two (2) copies of statement attached. Sign as affiant swearing to statement and have your signature notarized.

SWORN and subscribed before me this
_____27th day of  October_____ 2023_____

_____

NOTARY PUBLIC, State of South Carolina
My Commission Expires:_____

Attached to this complaint is a
statement of account which I swear
to be true and correct,
with no part of the balance having
been paid.

_____
Affiant's Signature (Plaintiff)

c. ( X ) OTHER. This is a claim based on the following facts: (Describe Complaint)

Plaintiff brings this action against the defendant jointly and severally,
Following a letter received by Candidate Singletary from Director Issac Cramer (exhibit A) for the Charleston Election Commission on October 20 2023 candidate Singletary has experience several adverse actions to his campaign and personally. On Monday Oct. 23, 2023 a sign of candidate Singletary's was set on fire in the middle of the median presenting a public safety hazard to the public at the corner of Dorchester Rd. and Westcott Blvd. (the arson video will be provided in court on a USB drive). Over the next several days a rash of at least eight incidents of (8) 4ft by 8ft signs have disappeared due to vandalism and removal. Finally, a video surfaced (will be provided in court on USB drive) showing signs being removed from the right of way at the corner of Corporate Drive and Bridgeview Drive in North Charleston. The video captures an individual knowingly, willfully, maliciously, physically destroying, taking in to pocession, and removing candidate Singletary's signs thought to be Keith Rossoen wearing a company green shirt, on company time and possibly

working for Corporate Road Properties, LLC owned by David Maybank III. During one of his several episodes of destruction and removal of property the individual in the green shirt had a conversation with Mr. Lee who was driving the black Nissan Rogue.

It has been discovered the individuals through their concerted effort listed below may be involved in the destruction of property exceeding an amount of $2,000.00. Through the use of documents, pictures, and videos the following individuals may be involved, possess information regarding, or has some vicarious liability regarding the unlawful acts purported. The Corporate Rd. Properties is located at 4340 Corporate Rd. in North Charleston and the Charleston County Election and Registration Commission is also located at the same address 4340 Corporate Rd. in North Charleston.

1. Isaac Cramer (Charleston County Election Director)
2. Keith Rossoen
3. Thomas James Lee (Black Nissan Rogue Lisc. Plate # PPX 354 for SC)

4. David Maybank III

(attach supplement if necessary)

3.) I believe because of the following information, that I am entitled to, and request a judgment for

$__7,500.00_____ and/or other relief:

(Include any costs resulting from this action.  (Example: court costs, legal fees, interest)

I STATE UNDER PENALTY OF PERJURY THAT THE ABOVE IS CORRECT AND TRUTHFUL.

_____7/27/2023_____
Date

C32-5270

Signature of Plaintiff or Attorney                    FORM



FILED IN CHARLESTON COUNTY

OCT 2 7 2023

North Area Small Claims Court





FILED IN CHARLESTON COUNTY

OCT 27 2023

North Area Small Claims Court



Exhibit A

## Re: Campaign Signs

| | |
|---|---|
| **From** | john@singletaryphotography.com |
| **To** | Isaac D. Cramer |
| **Date** | Sat 11:04 |
| **Priority** | Highest |

Hello Director Cramer, I am aware of 7-25-180. I have a sign on the Corporate Rd. The sign exceeds the 500 ft. requirement from the door. Certainly the mandate is not the street entrance. Prior on Headquarters Rd. the Street was littered with signs past the entrance. Please respond letting me know if you are referring to any of my signs.

Sincerely,

John Singletary
843-693-2323

FILED IN CHARLESTON COUNTY

OCT 27 2023

North Area Small Claims Court

On 2023-10-20 09:22, Isaac D. Cramer wrote:
Good morning,

As we approach the early voting period and Election Day, it is crucial to be aware of the regulations concerning campaign materials within close proximity to polling locations. According to South Carolina law, campaign signs, literature, and any other campaign-related materials are strictly prohibited from being displayed within 500 feet of the entrance of polling places, regardless of whether it is Election Day or during Early Voting.

Currently, we have observed an increase in the number of signs being placed on public right-of-ways near our main office on Corporate Rd. We kindly request that you promptly arrange for the removal of these signs by your campaign. In the event that they are not removed, we will be obligated to take action to ensure compliance with the law.

We appreciate your cooperation in adhering to these regulations, which are State law.

SECTION 7-25-180. Unlawful distribution of campaign literature.

(A) It is unlawful for a person to distribute any type of campaign literature or place any political posters within five hundred feet of any entrance used by the voters to enter the polling place, during polling hours on an election day and during the early voting period.

(B) A candidate may wear within five hundred feet of the polling place a label no larger than four and one-fourth inches by four and one-fourth inches that contains the candidate's name and the office he is seeking. If the candidate enters the polling place, he may not display any of this identification including, but not limited to, campaign stickers or buttons.

Thank you for your understanding and cooperation.

Warm regards,

Isaac

Isaac D. Cramer | Executive Director
Charleston County Board of Voter Registration and Elections
p: 843.744.VOTE

## Small Claims - North

**Judge : Richardine L. Singleton-Brown**

**4045 Bridge View Drive**

**North Charleston, SC 29405**

**Phone:(843) 202-6650  Fax:(843) 202-6652**

| | | |
|---|---|---|
| Received From: | Singletary, John | Date: 10/27/2023 |
| | 4321 Waterview Circle | Receipt #: 501096 |
| | North Charleston, SC 29418 | Clerk: SUMTMC |
| Paying for: | Self | |
| Transaction Type: | Civil Payment | Reference #: |
| Payment Type: | Cash            $80.00 | Comment: |
| | | Non-Refundable |
| Total Paid: | $80.00 | |

| | |
|---|---|
| Total Received: | $80.00 |
| Change Due: | $0.00 |

You may check the status of your Charleston case at:

http://www.sccourts.org/caseSearch/

| Case # | Caption | Previous Balance | Amount Paid | Balance Due |
|---|---|---|---|---|
| 2023CV1011501578 | John  Singletary VS Isaac  Cramer | **$80.00** | **$80.00** | **$0.00** |



| | | | | |
|---|---|---|---|---|
| **Total Cases:    1** | | **$80.00** | **$80.00** | **$0.00** |



# *South Carolina* <sup>SC</sup> <sup>USA</sup> DRIVER'S LICENSE

## NOT FOR FEDERAL IDENTIFICATION



4d DL#: ▮▮▮▮▮▮▮

1 SINGLETARY
2 JOHN GILBERT, JR
8 4321 WATERVIEW CIR
NORTH CHARLESTON SC 294185731

3 DOB: ▮▮▮▮▮▮▮
4a Issued: 01/05/2015
4b Expires: 12/25/2025

12/25/1961

15 Sex:  M          16 Hgt:  5'-10"
17 Wgt:  220 lb     18 Eyes:  BRO
9 Class:  D         9a End:  None
12 Restrictions: A

*Governor*

5 DD 1000050302261386433

---

DMV, PO Box 1498, Blythewood, SC 29016-0022                     DONOR: NO



CLASS: Vehicles not exceeding 26,000 GVW. Includes Class G and trike.
Does not include MTC or MTC w/ sidecar.

ENDORSEMENTS                    RESTRICTIONS
None                            A - Corrective Lens

21  1011824800025752

2023-CP-10-5446

2023CV1011501578

)                          CIVIL CASE NUMBER

STATE OF SOUTH CAROLINA                    )
                                           )         IN THE CIRCUIT COURT
COUNTY OF ~~COUNTY~~ C HARLESTON           )
                                           )
JOHN SINGLETARY                            )
                          Plaintiff(s)     )
                                           )
            vs.                            )    AMENDMENT TO COMPLAINT
                                           )
Issac Cramer, Keith Rossoen                )
Thomas James Lee
David Maybank III
Charleston County Election Board
and others to be named, all
jointly and severally

FILED IN CHARLESTON COUNTY

OCT 30 2023

North Area Small Claims Court

**Plaintiff demands a jury trial**


                          Defendant(s)   )


To the Court and to the Defendant(s):

Since filing the original Complaint against the Defendant(s), I have become aware of certain facts that did not existed at the time of the original filing and action which were not known to me that enlarges the damages and scope of the defendants beyond small claims court authority. As a result I now wish to amend the original Complaint and have it transferred to the proper court and to include the following facts, allegations and issues as follows:

                          Introduction


All qualified candidate have the right to participate in elections on a fair bases. North Charleston has contracted out its obligations to conduct fair elections to Charleston County Board of Elections and Registration to include the responsibility to verify an certify candidate qualifications. Charleston County

SCCA/707 (Amended 05/2008)

Board of Elections and Registration and Director Cramer has failed and refused to vet and qualify all candidates in the 2023 Mayoral Election as mandated by North Charleston Ordinances and agreement with Charleston County where he registered as a candidate. In addition,

## JURISDICTION AND VENUE

This court has jurisdiction because the actions arises in Charleston County.

## NEED FOR EMERGENCY JUDICIAL INTERVENTION AND INJUNCTION

The continual removal and destruction of campaign signs from the legal right away impacts the candidates voter participation loyalty and overall outcome of votes for a candidate. Pictures show only candidate Singletary's signs were removed from the legal right away. The Deputy Director confirmed the signs were legal. Following a letter threatening to remove the legally placed signs by Director Cramer immediately the signs began to be removed and destroyed. Video taped recording show the removal and destruction of the signs. The early voting period ends on Nov. 3, 2023. Without an emergency injunction the actions of the defendants will irreversibly deny candidate Singletary a fair opportunity to compete in the election as all other candidates and deprive him of his constitutional rights under 42 US § 1983.

## PARTIES

All parties reside or work in Charleston County.

Issac Cramer, Charleston County Election Director
Keith Rossoen, Corporate Rd. LLC Property Manager
Thomas James Lee, employed at 4340 Corporate Rd. Bldg
David Maybank III, Owner of Corporate Rd. LLC
Charleston County Election, housed in 4340 Corporate Rd.

## ALLEGATIONS

Complainant alleges that through a concerted effort defendant's have created a hostile election environment that deprives him of a fair election and a pattern and practice exist that has deprived him of fair treatment in past elections.

Cause of Action I

Breach of Contract

Charleston County Election Commission and Registration has failed in the fulfillment of its contractual obligation to conduct fair elections by failing and refusing to properly qualify candidates they registered for the 2023 Mayoral elections at 4340 Corporate Rd.

Cause of Action II

Negligence Per se

Plaintiff refers to and fully incorporated by reference each of the prior paragraphs of this complaint verbatim.

Defendant acting through its officers, agents, servants, representatives, or employees negligently and recklessly denied plaintiff a fair opportunity to compete with all other candidates in the 2023 North Charleston Mayoral Election.

Cause of Action III

42 U.S § 1983

Plaintiff refers to and fully incorporated by reference each of the prior paragraphs of this complaint verbatim.

The right to compete in a fair election on the same bases as all other candidates is crucial to a citizens fundamental right in a free society. The right to run as a candidate free from election administrative vices must be given the highest regards and protection by the law. The defendant's willful, intentional, and egregious actions have damaged the plaintiff financially and in ways that are irreversible. Defendant's action have deprived plaintiff of federally and state protected rights to compete on the same bases as other candidate in the election all while acting under color of law.

Cause of Action IV

Violation of 1st, 5th, and 14th Amendment

Plaintiff refers to and fully incorporated by reference each of the prior paragraphs of this complaint verbatim.

I request the Court include these allegations and issues in my action against the Defendant(s) and to provide a copy of this Amended Complaint to the Defendant(s).

.

WHEREFORE:  Plaintiff request compensatory, punitive, consequential, pecuniary, aggravated, nominal, restitution damages, attorney fees, and cost.  In addition to any other affirmative relief the court may deem necessary and proper.  Plaintiff ask this Court to enter judgment in his favor.

Dated:   October 30, 2023                                    _____

Signature of

SCCA/707 (Amended 05/2008)

2023-CP-10-5440

STATE OF SOUTH CAROLINA )

COUNTY OF CHARLESTON )

2023CV1011501578

CIVIL CASE NUMBER

IN THE MAGISTRATE'S COURT

SUMMONS

John Singletary
4321 Waterview Circle
North Charleston, SC 29418
(843) 693-2823

**PLAINTIFF(S)**

Vs

| Isaac Cramer<br>4340 Corporate Rd<br>North Charleston, SC<br>29405 | Keith Rossoen<br>4340 Corporate Rd<br>North Charleston, SC<br>29405 | Thomas James Lee<br>4340 Corporate Rd<br>North Charleston, SC<br>29405 | David Maybank III<br>4340 Corporate Rd<br>North Charleston, SC<br>29405 |
|---|---|---|---|

**DEFENDANT(S)**

**TO THE DEFENDANT(S) NAMED ABOVE:**

**YOU ARE SUMMONED** and required to answer the allegations of the attached complaint and present any appropriate counterclaims/crossclaims to the attached Complaint within THIRTY days from the first day after receipt of this summons.  Your Answer must be received by the:

**Small Claims - North
4045 Bridge View Drive
P. O. Box 70235
North Charleston, SC 29405
Phone: (843) 202-6650
Fax: (843) 202-6652**

If you fail to answer within the prescribed time, a judgment by default may be rendered against you for the amount or other remedy requested in the attached complaint, plus interest and costs.  **If you desire a jury trial, you must request one in writing at least five (5) working days prior to the date set for trial.**  If no jury trial is timely requested, the matter will be heard and decided by the Judge.

# READ ATTACHED INSTRUCTIONS CAREFULLY

October 30, 2023

2023-CP-10-5446

2023-CV-1011501578

STATE OF SOUTH CAROLINA

COUNTY OF CHARLESTON

JOHN SINGLETARY

                                    Plaintiff(s)

                vs.

Issac Cramer,
Keith Rossoen
Thomas James Lee
AstenJohnson
Charleston County Election
and others to be named, all
jointly and severally

CIVIL CASE NUMBER

IN THE CIRCUIT COURT

2ND AMENDMENT TO COMPLAINT

FILED IN CHARLESTON COUNTY

NOV 0 1 2023

North Area Small Claims Court

**Plaintiff demands a jury trial**

                    Defendant(s)   )

To the Court and to the Defendant(s):  Attached is a police report acquired on Nov, 1, 2023.  The police report it very clear in its statement "Based on a boundary stone not far from the corner of the property and clearly visible, as well as GIS data map it is clear that the location of the sign's original spot near the side walk was well outside of Asten Johnson property and in the public right of way.  "  Additionally after the police investigation and Mr. Rossoen's admission he works for AstenJohnson and while on company time in company uniform he destroyed, removed the sign from public property, and  then discarded the signs in a company dumpster of AstenJohnson (all caught on video)

Since filing the original Complaint against the Defendant(s), I have become aware of certain facts that did not existed at the time of the original filing and action which were not known to me that enlarges the

SCCA/707 (Amended 05/2008)

damages and scope of the defendants beyond small claims court authority, in subject matter ad amount the claim exceed $10,000. As a result I now wish to amend the original Complaint and have it transferred to the proper court and to include the following facts, allegations and issues as follows:

Introduction

All qualified candidate have the right to participate in elections on a fair bases. North Charleston has contracted out its obligations to conduct fair elections to Charleston County Board of Elections and Registration to include the responsibility to verify an certify candidate qualifications. Charleston County Board of Elections and Registration and Director Cramer has failed and refused to vet and qualify all candidates in the 2023 Mayoral Election as mandated by North Charleston Ordinances and agreement with Charleston County where he registered as a candidate. In addition,

JURISDICTION AND VENUE

This court has jurisdiction because the actions arises in Charleston County.

NEED FOR EMERGENCY JUDICIAL INTERVENTION AND INJUNCTION

The continual removal and destruction of campaign signs from the legal right away impacts the candidates voter participation loyalty and overall outcome of votes for a candidate. Pictures show only candidate Singletary's signs were removed from the legal right away. The Deputy Director confirmed the signs were legal. Following a letter threatening to remove the legally placed signs by Director Cramer immediately the signs began to be removed and destroyed. Video taped recording show the removal and destruction of the signs. The early voting period ends on Nov. 3, 2023. Without an emergency injunction the actions of the defendants will irreversibly deny candidate Singletary a fair opportunity to compete in the election as all other candidates and deprive him of his constitutional rights under 42 US § 1983.

PARTIES

All parties reside or work in Charleston County.

SCCA/707 (Amended 05/2008)

Issac Cramer, Charleston County Election Director 4340 Corporate Rd
Keith Rossoen, Corporate Rd. LLC Property Manager 4399 Corporate Rd
Thomas James Lee, employed at 4340 Corporate Rd. Bldg
AstenJohnson 4399 Corporate Rd. North Charleston
Charleston County Election, housed in 4340 Corporate Rd.

## ALLEGATIONS

Complainant alleges that through a concerted effort defendant's have created a hostile election environment that deprives him of a fair election and a pattern and practice exist that has deprived him of fair treatment in past elections.

## Cause of Action I
## Breach of Contract

Charleston County Election Commission and Registration has failed in the fulfillment of its contractual obligation to conduct fair elections by failing and refusing to properly qualify candidates they registered for the 2023 Mayoral elections at 4340 Corporate Rd.

## Cause of Action II
## Negligence Per se

Plaintiff refers to and fully incorporated by reference each of the prior paragraphs of this complaint verbatim.
Defendant acting through its officers, agents, servants, representatives, or employees negligently and recklessly denied plaintiff a fair opportunity to compete with all other candidates in the 2023 North Charleston Mayoral Election.

## Cause of Action III
## 42 U.S § 1983

Plaintiff refers to and fully incorporated by reference each of the prior paragraphs of this complaint verbatim.

SCCA/707 (Amended 05/2008)

The right to compete in a fair election on the same bases as all other candidates is crucial to a citizens fundamental right in a free society. The right to run as a candidate free from election administrative vices must be given the highest regards and protection by the law. The defendant's willful, intentional, and egregious actions have damaged the plaintiff financially and in ways that are irreversible. Defendant's action have deprived plaintiff of federally and state protected rights to compete on the same bases as other candidate in the election all while acting under color of law.

Cause of Action IV

Violation of 1st, 5th, and 14th Amendment

Plaintiff refers to and fully incorporated by reference each of the prior paragraphs of this complaint verbatim.

I request the Court include these allegations and issues in my action against the Defendant(s) and to provide a copy of this Amended Complaint to the Defendant(s).

.

WHEREFORE:  Plaintiff request compensatory, punitive, consequential, pecuniary, aggravated, nominal, restitution damages, attorney fees, and cost.  In addition to any other affirmative relief the court may deem necessary and proper.  Plaintiff ask this Court to enter judgment in his favor.

Dated:   Nov 1, 2023

Signature of

NORTH CHARLESTON POLICE DEPT.
SC0100800

# INCIDENT REPORT

INFORMATION ONLY

CASE NUMBER
2023029110

NCIC
INQ. No    ENTD. No

| INCIDENT TYPE | | COMPLETED | FORCED ENTRY | PREMISE TYPE | UNITS ENTERED | TYPE VICTIM |
|---|---|---|---|---|---|---|
| 1. SCIBRS: BURNING OF CAMPAIGN SIGN BURNING OF CAMPAIGN SIGN | | ☑YES ☐NO | ☐YES ☑NO | HIGHWAY/ROAD/ALLE | | ☑Individual |
| 2. | | ☐YES ☐NO | ☐YES ☐NO | | | ☐Business |
| | | | | | | ☐Financial |
| | | | | | | ☐Government |
| | | | | | | ☐Relig. Org. |
| 3. | | ☐YES ☐NO | ☐YES ☐NO | | | ☐Soc./Public |
| | | | | | | ☐Other |
| | | | | | | ☐Unknown |
| | | | | | | ☐Police Off. |

INCIDENT LOCATION (SUBDIVISION, APARTMENT AND NUMBER, STREET NAME AND NUMBER)
DORCHESTER RD NEAR WESCOTT BLVD, N CHARLESTON, SC

ZIP CODE 29485    WEAPON TYPE

| INCIDENT DATE | 24 HR. CLOCK | TO | DATE | 24 HR. CLOCK | DISP. DATE | DISPATCH DATE/TIME 24 HR. CLOCK | | | LOCATION NO. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DISP. TIME | TIME ARRIVED | DEPART. TIME | |
| 10/23/2023 | 01:00 | | 10/23/2023 | 07:00 | 10/23/2023 | 17:00 | 17:03 | 17:33 | 09 |

| COMPLAINANT'S NAME (LAST, FIRST, MIDDLE) SINGLETARY, JOHN, G, JR | RELATIONSHIP TO SUBJECT #1 #2 #3 | RESIDENT J | RACE B | SEX M | AGE 61 | ETH N | DAYTIME PHONE 843-693-2823 | EVENING PHONE 843-745-0665 |
|---|---|---|---|---|---|---|---|---|

ADDRESS 4321 WATERVIEW Circle    CITY NORTH CHARLESTON    STATE SC    ZIP CODE 29418-    LOCATION NO.

| VICTIM'S NAME (LAST, FIRST, MIDDLE) SINGLETARY, JOHN, G, JR | RELATIONSHIP TO SUBJECT #1 #2 #3 | RESIDENT J | RACE B | SEX M | AGE 61 | ETH N | DAYTIME PHONE 843-693-2823 | EVENING PHONE 843-745-0665 |
|---|---|---|---|---|---|---|---|---|

| HEIGHT 511 | WEIGHT 215 | HAIR BLK | EYES BRO | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PECULIARITIES, ETC. BLUE BLAZER AND MATCHING PANTS |
|---|---|---|---|---|

ADDRESS 4321 WATERVIEW Circle    CITY NORTH CHARLESTON    STATE SC    ZIP CODE 29418-    LOCATION NO.

VISIBLE INJURY (VICT.1)  ☐ YES ☐ NO  EXPLAIN-

VICTIM(NO.1) USING: ALCOHOL ☐ YES ☐ NO ☑ UNK.    DRUGS: ☐ YES ☑ NO ☐ UNK.    TYPE:    COMPLAINT OF ANY NON-VISIBLE INJURIES  ☐ YES ☐ NO

TWO-MAN VEH. ☐    ONE-MAN VEH. ☐    DETECTIVES/PLAS/MT. ☐    OTHER ☐    ALONE ☐    ASSISTED ☐

| ☐ SUSPECT | NAME (LAST, FIRST, MIDDLE) Unknown | RACE | SEX | AGE / | ETH. / | *J-This Jurisdiction.  S-State.  O-Out of State.  U-Unknown. DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ RUNAWAY | | | | | | | | | | |
| ☐ WANTED | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PECULIARITIES, ETC. | | | | RELATED OFFENSE(S) 200 | | DAYTIME PHONE | EVENING PHONE |
| ☐ WARRANT | | | | | | | | |
| ☐ ARREST | ADDRESS | | CITY | | STATE | ZIP CODE | LOCATION NO. |
| ☐ JAIL | | | | | | | |
| ☐ SUMMONS | SUBJECT(NO.1) USING: ALCOHOL ☐ YES ☐ NO ☑ UNK. DRUGS: ☐ YES ☑ NO ☐ UNK. TYPE | ARRESTED NEAR OFFENSE SCENE ☐ YES ☐ NO | DATE/TIME OF OFFENSE 10/23/2023 01:00 | DATE/TIME OF ARREST |
| | | TOTAL # ARRESTED | | |

| DAY OF THE WEEK S M T W T F S UNK | HOW REPORTED | A= OFFICER DISPATCHED ON CALL B= REPORT TAKEN BY PHONE C= COMPLAINANT WALKED IN | D= COMPLAINT WRITTEN IN E= OFFICER INITIATED H= OTHER | DIFF. FACTOR | A= RESISTANCE/HOSTILITY B= WEAPONS C= UNFOUNDED CALLS D= MENTAL SUBJECT | E= COMPLAINANT FRE-QUENTLY INTOXICATED F= DOMESTIC N= NORMAL |
|---|---|---|---|---|---|---|

burning of campaign sign

On Monday 10/23/2023 at approximately 1700 hours I. Pfc. Harper responded to the intersection of Dorchester Rd. and Wescott Blvd. in reference to a campaign sign being burned. I arrived on the scene and observed a burned John Singletary campaign sign. I met with the victim/complainant. He provided me with a 2-second video of the sign actively burning. In the video, there were no persons present. I asked the victim who could possibly be behind it or if he had any bad interactions with citizens. He stated that there was a man that he had been going back and forth with via E-mail. The man did not make any threats. The victim advised that he was just being difficult. He provided me with a screenshot of the two most recent emails exchanged. The email was Estephe925@outlook.com. At the bottom of the email, the name listed was Esten Stephenson. The person, Esten Stephenson DOB 05/20/1948. explain his campaign promise. Singletary would respond and then the male would respond back with the same question.

| TYPE(GROUP) | OTHER | JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY | JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY | |
|---|---|---|---|---|
| STOLEN | $0.00 | | | |
| DAMAGED | $0.00 | | | TOTAL VALUE |
| BURNED | $50.00 | | | $0.00 |
| RECOVERED | $0.00 | | | $0.00 |
| SEIZED | $0.00 | | | $50.00 |
| | | | | $0.00 |

| SUBJECT IDENTIFIED ☐ YES ☐ NO | SUBJECT LOCATED ☐ YES ☐ NO | S.F. | ☑ ACTIVE ☐ UNFOUNDED | ☐ ADM. CLOSED | ☐ ARRESTED UNDER 18 ☐ ARRESTED 18 AND OVER | ☐ EX-CLEAR UNDER 18 ☐ EX-CLEAR 18 AND OVER |
|---|---|---|---|---|---|---|

| REASON FOR EXCEPTIONAL CLEARANCE | 1. OFFENDER DEATH. | 2. NO PROSECUTION. PROSECUTION. | 3. EXTRADITION DENIED. DENIED. | 4. VICTIM DECLINES COOPERATION. | 5. JUVENILE NO CUSTODY. |
|---|---|---|---|---|---|

| REPORTING OFFICER(S) HARPER, LIEF | DATE 10/23/2023 4:55:00 PM | UNIT NUMBER 261 | APPROVING OFFICER SIMMONS, LAVAR ANTHONY | DATE | UNIT NUMBER 59 |
|---|---|---|---|---|---|

FOLLOW UP INVESTIGATION ☐ YES ☑ NO    OFFICER

NORTH CHARLESTON POLICE
SC0100800

# INCIDENT REPORT

INFORMATION ONLY ☐

CASE NUMBER
2023029881

NCIC
INQ. No ☐   ENTD No ☐

| | INCIDENT TYPE | | COMPLETED | FORCED ENTRY | PREMISE TYPE | UNITS ENTERED | TYPE VICTIM |
|---|---|---|---|---|---|---|---|
| 1. | SCIBRS: Vandalism (&/or) Damage to Prop. / DESTRUCTIVE/DAMAGE/VANDALISM OF PROPERTY | | ☑YES ☐NO | ☐YES ☑NO | HIGHWAY/ROAD/ALLE | | Individual ☐ Business ☐ Financial ☐ Governme ☐ Relig. Org ☐ Soc./Public ☐ Other ☐ Unknown ☐ Police Off. ☐ |
| 2. | | | ☐YES ☐NO | ☐YES ☐NO | | | |
| 3. | | | ☐YES ☐NO | ☐YES ☐NO | | | |

INCIDENT LOCATION (SUBDIVISION, APARTMENT AND NUMBER, STREET NAME AND NUMBER)
Bridge View Dr / Corporate Rd, NORTH CHARLESTON, SC

| INCIDENT DATE | 24 HR. CLOCK | TO | DATE | 24 HR. CLOCK | DISP. DATE | DISPATCH DATE/TIME 24 HR CLOCK DISP. TIME | TIME ARRIVED | DEPART. TIME | ZIP CODE | WEAPON TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/2023 | 10:03 | | 10/31/2023 | 10:04 | 10/31/2023 | 10:39 | 11:00 | 11:00 | 29405 | |

| COMPLAINANT'S NAME (LAST, FIRST, MIDDLE) | RELATIONSHIP TO SUBJECT #1 #2 #3 | RESIDENT | RACE | SEX | AGE / | ETH | DAYTIME PHONE | EVENING PHONE | LOCATION NO. |
|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | CITY | STATE | ZIP CODE | | | | | | |

VICTIM'S NAME (LAST, FIRST, MIDDLE)
SINGLETARY, JOHN, G, JR

| RELATIONSHIP TO SUBJECT #1 #2 #3 | RESIDENT J | RACE B | SEX M | AGE 61 / | ETH N | DAYTIME PHONE 843-693-2823 | EVENING PHONE 843-745-0665 | LOCATION NO. |
|---|---|---|---|---|---|---|---|---|

| HEIGHT 511 | WEIGHT 215 | HAIR BLK | EYES BRO | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. |
|---|---|---|---|---|

ADDRESS
4321 WATERVIEW Circle     CITY NORTH CHARLESTON     STATE SC     ZIP CODE 29418-     LOCATION NO.

VISIBLE INJURY (VICT:1) ☐ YES ☐ NO  EXPLAIN-

VICTIM(NO.1) USING: ALCOHOL ☐ YES ☐ NO ☑ UNK.    DRUGS: ☐ YES ☐ NO ☑ UNK.    TYPE:

TWO-MAN VEH ☑  ONE-MAN VEH ☐  DETECTIVE/SPLASMT ☐  OTHER ☐  ALONE ☐    COMPLAINT OF ANY NON-VISIBLE INJURES: ☐ YES ☐ NO

| | NAME (LAST, FIRST, MIDDLE) ROSSOMME, KEITH, William | ASSISTED ☐ | *J-This Jurisdiction. S-State. O-Out of State. U-Unknown. | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☑ SUSPECT | | RACE W | SEX M | AGE 64 / | ETH. | DATE OF BIRTH 09/13/1959 | HEIGHT 0 | WEIGHT 0 | HAIR UNK | EYES UNK |
| ☐ RUNAWAY | FACIAL HAIR, SCARS, TATTOOS, GLASSES, CLOTHING, PHYSICAL PECULIARITIES, ETC. | | | | | | |
| ☐ WANTED | | | RELATED OFFENSE(S) 290 | | |
| ☐ WARRANT | ADDRESS 4224 Meadowbook Ct | | | DAYTIME PHONE 843-408-5508 | EVENING PHONE 843-408-5508 |
| ☐ ARREST | | CITY NORTH CHARLESTON | STATE SC | ZIP CODE 29420 | LOCATION NO. |
| ☐ JAIL | | | | | |
| ☐ SUMMONS | SUBJECT(NO.1) USING: ALCOHOL ☐ YES ☐ NO ☐ UNK. | ARRESTED NEAR OFFENSE SCENE ☐ YES ☐ NO | DATE/TIME OF OFFENSE 10/31/2023 10:03 | DATE/TIME OF ARREST |
| | DRUGS: ☐ YES ☐ NO ☐ UNK. | TOTAL # ARRESTED | | |

| DAY OF THE WEEK S M T W T F S UNK | HOW REPORTED | A= OFFICER DISPATCHED ON CALL B= REPORT TAKEN BY PHONE C= COMPLAINANT WALKED IN | D= COMPLAINT WRITTEN IN E= OFFICER INITIATED F= OTHER | DIFF. FACTOR | A= RESISTANCE/HOSTILITY B= WEAPONS C= UNFOUNDED CALLS D= MENTAL SUBJECT | E= COMPLAINANT FRE-QUENTLY INTOXICATED F= DOMESTIC N= NORMAL |
|---|---|---|---|---|---|---|

Vandalism of Campaign Sign

On October 31, 2023, I was dispatched to the corner of Bridgeview and Corporate in reference to a damaged election campaign sign. Upon arrival I met with the complainant, John Singletary, who stated that he placed campaign signs on the right of way at the edge of the side walk several times at this location and a subject he knows as Keith Rossen, keeps taken them down. Mr. Singletary showed me video fo the sign being collected by the subject from behind a large business sign on the corner and carrying it away to his vehicle. Mr. Singletary said the signs cost approximatly $200 and so far this has been the 10th sign taken down at this location by this subject. though he stated he already had previous reports on it. Mr. Singletary further stated that Rossen claimed to be property manager. I looked up the property near where the signs were placed and found it was 4399 Corporate Drive listed in the county records as owned by a holding corporation which was listed as owned by

| | | JURISDICTION OF THEFT LAW ENFORCEMENT AGENCY | JURISDICTION OF RECOVERY LAW ENFORCEMENT AGENCY | |
|---|---|---|---|---|
| TYPE(GROUP) | SPECIAL CATEGORY | | | TOTAL VALUE |
| STOLEN | $0.00 | | | $0.00 |
| DAMAGED | $200.00 | | | $200.00 |
| BURNED | $0.00 | | | $0.00 |
| RECOVERED | $0.00 | | | $0.00 |
| SEIZED | $0.00 | | | $0.00 |

| SUBJECT IDENTIFIED ☑ YES ☐ NO | SUBJECT LOCATED ☐ YES ☐ NO | S. F. | ☑ ACTIVE ADM. CLOSED ☐ ☐ UNFOUNDED | ARRESTED UNDER 18 ☐ ARRESTED 18 AND OVER ☐ | EX-CLEAR UNDER 18 ☐ EX-CLEAR 18 AND OVER ☐ |
|---|---|---|---|---|---|

| REASON FOR EXCEPTIONAL CLEARANCE | 1. OFFENDER DEATH | 2. NO PROSECUTION, PROSECUTION. DENIED. | 3. EXTRADITION DENIED. | 4. VICTIM DECLINES COOPERATION. | 5. JUVENILE-NO CUSTODY. |
|---|---|---|---|---|---|

| REPORTING OFFICER(S) Sanchez, Michael A. 150 | DATE 10/31/2023 10:03:00 AM | UNIT NUMBER 150 | APPROVING OFFICER | DATE | UNIT NUMBER |
|---|---|---|---|---|---|

FOLLOWUP INVESTIGATION ☐ YES ☑ NO     OFFICER

# ADDITIONAL NARRATIVE

| Agency Name: NORTH CHARLESTON POLICE DEPARTMENT | ORI #: SC0100800 | Report Date/Time: 10/31/2023    10:03 | OCA #: 2023029881 |
| --- | --- | --- | --- |

Vandalism of Campaign Sign

AstenJohnson which is what offices are listed there. A search of the name located a Keith Rossome who is the Facilities Manager for 4399 Corporate Drive for AstenJohnson. His DMV photo matched teh subject seen on video as well. Based on a boundary stone not far from the corner of the property and clearly visible, as well as GIS data map it is clear that the location of the sign's original spot near the side walk was well outside of AstenJohnson property and in the public right of way. I provided Mr. Singletary a case number and advised him to foward the video to investigations and follow up with them for more. BWC Active.

2023-CP-10-5440

STATE OF SOUTH CAROLINA )
COUNTY OF CHARLESTON )
2023CV1011501578
CIVIL CASE NUMBER
IN THE MAGISTRATE'S COURT
AFFIDAVIT OF SERVICE

John Singletary
4321 Waterview Circle
North Charleston, SC 29418
(843) 693-2823

**PLAINTIFF(S)**

Vs

Isaac Cramer                 Keith Rossoen              Thomas James Lee
4340 Corporate Rd           4340 Corporate Rd          4340 Corporate Rd
North Charleston, SC 29405  North Charleston, SC 29405 North Charleston, SC 29405

**DEFENDANT(S)**

David Maybank III
4340 Corporate Rd
North Charleston, SC 29405

PERSONALLY PREPARED BEFORE ME, the undersigned deponent, who being duly sworn says that (s)he served the _____ Summons & Complaint Documents _____ in this action
                                    (Describe document(s) served)

on _____ Isaac Cramer _____ by delivery to
                (Name of party served)

☐ _____ personally;
                    (Name of party served)

☐ _____ the _____ of the party served,
        (Name of person served)              (Note relationship to party)

and a person of discretion residing at the residence of the party served;

☑ _Rebecca Penick - Life Ridge_ the _Exe Assistant_ of _Charleston County Election Commission_
        (Name of person served)         (Title)              (Name of corporate party served)

and leaving with ☐ (him) ☐ (her) a copy at _4340 Corporate Rd_
                                            (Street address)

in _N Chas_ _____ _Charleston_ _____ County, South Carolina,
        (City or Town)              County

on _10-30-23_ at _10⁵⁷ Am_ o'clock

that deponent knows the person so served, and that deponent is not a party of this action, is not less than eighteen (18) years of age and has no interest therein or connection therewith.

☐ Unable to locate and serve the above process on the defendant after diligent efforts to do so. The process is returned unexecuted.

Sworn to and Subscribed before me
this _1st_ day of _November_, _20 23_     )
                                           )    _____
_Jannie McCarter_                          )        Signature of Deponent
Notary Public for South Carolina           )  Entered in the Sheriff's Service Book on
    My Commission expires                   )  Book _____ Page _____ Number _____
        _May 19 2030_                       )
Return to:
Small Claims - North
4045 Bridge View Drive
P. O. Box 70235
North Charleston, SC 29405
Phone: (843) 202-6650
Fax: (843) 202-6652

FILED IN CHARLESTON COUNTY

NOV 0 1 2023

North Area Small Claims Court

MV65

STATE OF SOUTH CAROLINA )
COUNTY OF CHARLESTON )

2023CV1011501578
CIVIL CASE NUMBER
IN THE MAGISTRATE'S COURT
AFFIDAVIT OF SERVICE

John Singletary
4321 Waterview Circle
North Charleston, SC 29418
(843) 693-2823

**PLAINTIFF(S)**

Vs

| Isaac Cramer | Keith Rossoen | Thomas James Lee |
| 4340 Corporate Rd | 4340 Corporate Rd | 4340 Corporate Rd |
| North Charleston, SC 29405 | North Charleston, SC 29405 | North Charleston, SC 29405 |

**DEFENDANT(S)**

David Maybank III
4340 Corporate Rd
North Charleston, SC 29405

2023 NOV -6 PM 3: 35
JULIE J. ARMSTRONG
CLERK OF COURT

PERSONALLY PREPARED BEFORE ME, the undersigned deponent, who being duly sworn
says that (s)he served the _____ Summons & Complaint Documents _____ in this action
(Describe document(s) served)

on _____ *Thomas James Lee* _____ by delivery to
(Name of party served)

☐ _____ personally;
(Name of party served)

☐ _____ the _____ of the party served,
(Name of person served)            (Note relationship to party)

and a person of discretion residing at the residence of the party served;

☐ *Natasha Poniere* LIFE RIDGE the *EXE ASSISTANT* of *Chas County Election Commission*
(Name of person served)        (Title)        (Name of corporate/party served)

and leaving with ☐ (him) ☐ (her) a copy at _____ *4340 Corporate Rd* _____
(Street address)

in _____ *N Chas* _____ _____ *Charleston* _____ County, South Carolina,
(City or Town)        County

on _____ *10-20-23* _____ at _____ *10 57 AM* _____ o'clock

that deponent knows the person so served, and that deponent is not a party of this action, is not less than eighteen (18) years of age and has no
interest therein or connection therewith.

☐ Unable to locate and serve the above process on the defendant after diligent efforts to do so. The process is returned unexecuted.

Sworn to and Subscribed before me
(this) 1st day of *November* , 20 23 )
)
*Jammy McCabe* )         Signature of Deponent
Notary Public for South Carolina )
My Commission expires *May 19 2030* ) Entered in the Sheriff's Service Book on _____
) Book _____ Page _____ Number _____

Return to:
Small Claims - North
4045 Bridge View Drive
P. O. Box 70235
North Charleston, SC 29405
Phone: (843) 202-6650
Fax: (843) 202-6652

FILED IN CHARLESTON COUNTY

NOV 0 1 2023

North Area Small Claims Court

MV65

2023CP1-10-54240

2023CV1011501578

STATE OF SOUTH CAROLINA )
COUNTY OF CHARLESTON )
) CIVIL CASE NUMBER
) IN THE MAGISTRATE'S COURT
) AFFIDAVIT OF SERVICE

John Singletary
4321 Waterview Circle
North Charleston, SC 29418
(843) 693-2823

*Owner of Building Need New address to Serve Def.*

*R. Oливи 10-30-23*

**PLAINTIFF(S)**

Vs

| Isaac Cramer | Keith Rossoen | Thomas James Lee |
| 4340 Corporate Rd | 4340 Corporate Rd | 4340 Corporate Rd |
| North Charleston, SC 29405 | North Charleston, SC 29405 | North Charleston, SC 29405 |

**DEFENDANT(S)**

David Maybank III
4340 Corporate Rd
North Charleston, SC 29405

PERSONALLY PREPARED BEFORE ME, the undersigned deponent, who being duly sworn
says that (s)he served the _____ Summons & Complaint Documents _____ in this action
                              (Describe document(s) served)

on _____ by delivery to
              (Name of party served)

☐ _____ personally;
              (Name of party served)

☐ _____ the _____ of the party served;
    (Name of person served)              (Note relationship to party)
and a person of discretion residing at the residence of the party served;

☐ _____ the _____ of _____
    (Name of person served)        (Title)      (Name of corporate party served)

and leaving with ☐ (him) ☐ (her) a copy at _____
                                                    (Street address)

in _____ _____ County, South Carolina,
         (City or Town)              County

on _____ at _____ o'clock

that deponent knows the person so served, and that deponent is not a party of this action, is not less than eighteen (18) years of age and has no interest therein or connection therewith.

☐ Unable to locate and serve the above process on the defendant after diligent efforts to do so. The process is returned unexecuted.

Sworn to and Subscribed before me )
this _____ day of _____ , 20 _____ ) _____
                                          )          Signature of Deponent
_____ )
Notary Public for South Carolina ) Entered in the Sheriff's Service Book on _____
My Commission expires _____ ) Book _____ Page _____ Number _____

Return to:
**Small Claims - North**
4045 Bridge View Drive
P. O. Box 70235
North Charleston, SC 29405
Phone: (843) 202-6650
Fax: (843) 202-6652

*FILED IN CHARLESTON COUNTY*

*NOV 0 1 2023*

*North Area Small Claims Court*

MV65

| STATE OF SOUTH CAROLINA | ) | <u>2023CV1011501578</u> |
|---|---|---|
| | ) | CIVIL CASE NUMBER |
| COUNTY OF CHARLESTON | ) | |
| | ) | IN THE MAGISTRATE'S COURT |
| | ) | |
| | ) | SUMMONS |

John Singletary
4321 Waterview Circle
North Charleston, SC 29418
(843) 693-2823
**PLAINTIFF(S)**

Vs

| Isaac Cramer | Keith Rossoen | Thomas James Lee | David Maybank III |
|---|---|---|---|
| 4340 Corporate Rd | 4340 Corporate Rd | 4340 Corporate Rd | 4340 Corporate Rd |
| North Charleston, SC | North Charleston, SC | North Charleston, SC | North Charleston, SC |
| 29405 | 29405 | 29405 | 29405 |

**DEFENDANT(S)**

### TO THE DEFENDANT(S) NAMED ABOVE:

**YOU ARE SUMMONED** and required to answer the allegations of the attached complaint and present any appropriate counterclaims/crossclaims to the attached Complaint within THIRTY days from the first day after receipt of this summons.  Your Answer must be received by the:

**Small Claims - North**
**4045 Bridge View Drive**
**P. O. Box 70235**
**North Charleston, SC 29405**
**Phone: (843) 202-6650**
**Fax: (843) 202-6652**

If you fail to answer within the prescribed time, a judgment by default may be rendered against you for the amount or other remedy requested in the attached complaint, plus interest and costs.  **If you desire a jury trial, you must request one in writing at least five (5) working days prior to the date set for trial.**  If no jury trial is timely requested, the matter will be heard and decided by the Judge.


# READ ATTACHED INSTRUCTIONS CAREFULLY


October 30, 2023


MV38  SCCA/700 (Amended 12/2015)

IN THE SMALL CLAIMS - NORTH

**INSTRUCTIONS FOR DEFENDANT**

**If you do not wish to oppose plaintiff's claim you may:**

      Contact plaintiff and make an out-of-court settlement with the plaintiff before the trial date and file with the magistrate court a dismissal of the case signed by the plaintiff, or make no answer to the complaint. In that case, the plaintiff will be given a default judgment against you in the amount specified in the complaint.

**If you wish to oppose the claim:**

    a.     You must file an answer with the magistrate's court within the time limit specified in the summons. <u>If you fail to answer within that time period, you lose your right to defend the case and the plaintiff may be given a default judgment against you in the amount specified in the complaint.</u> Your answer may be made in writing in a form approved by the magistrate, or your answer may be made orally to the magistrate's court if you appear in person within the time limit specified in the summons.

    b.     If you answer within the specified time, you will be notified of the time and date of the trial. <u>You must maintain a correct mailing address with the court and you must appear for trial. Should you fail to appear, you lose your right to defend the case and the plaintiff may be given a default judgment against you in the amount specified in the complaint.</u>

    c.     At the time for trial you must bring with you **all books, papers, witnesses, and evidence you have to establish your defense. You are required to comply with the South Carolina Rules of Evidence.**

    d.     At your request the court will issue a subpoena for any witness you may need tendering a fee of $8.00 (You must request the subpoena as soon as possible and before the trial date). A witness subpoenaed to attend a proceeding under these rules shall receive for each day's attendance and for the time necessarily occupied in going to and returning from the proceeding $25.00 per day and mileage the same amount as provided by law for official travel of State officers and employees.

If you desire a jury trial, you must request one in writing at least **FIVE** (5) working days prior to the date set for trial. If no jury trial is timely requested, the matter will be heard and decided by the magistrate.

If you have a claim against the plaintiff that grows out of the same transaction or occurrence as the plaintiff's claim, you may file a counterclaim. The counterclaim must be filed with the magistrate within the time limit specified in the summons for answering. The counterclaim must be made in writing in a form approved by the magistrate, or it may be made orally to the magistrate's court if you appear in person within the time limit specified in the summons. Your counterclaim will be tried at the same time as the plaintiff's claim if it does not exceed the jurisdiction of the magistrate to hear. If the counterclaim exceeds the magistrate's jurisdiction, the entire matter will be transferred to the circuit court.

If you have a claim against the plaintiff that does not grow out of the same occurrence or transaction as the plaintiff's claim, you may file a claim (complaint) against the plaintiff. This claim would be heard separate and apart from the plaintiff's claim against you.

If you are a member of the Armed Services of the United States, please advise the court upon receipt of this summons.

If you are under 18 years of age, please advise the court upon receipt of this summons.

If you are a prisoner in any municipal, county, state, or federal jail or prison, please advise the court upon receipt of this summons.

You may be represented by an attorney, but are not required to have one. The magistrate's court will explain the procedure of the court and will help you prepare papers related to your action if you require such assistance. The court cannot, however, represent you or provide you with an attorney or give you any legal advice.

**If you are a business and are going to be represented by a Non-Lawyer, a Non-Lawyer Authorization Form must be included with your Answer/Counterclaim. (See 33-1-103 SC Code of Laws)**

STATE OF SOUTH CAROLINA
COUNTY OF CHARLESTON

IN THE SMALL CLAIMS COURT

FILED IN CHARLESTON COUNTY

OCT 27 2023

North Area Small Claims Court

_____John Singletary_____
Plaintiff

_____4321 Waterview Circle_____
Street Address

_____North Charleston__SC_____29418____
City                    State         Zip

_____(843) 693-2823_____
Phone

Isaac Cramer
Keith Rossoen
Thomas James Lee
David Maybank III
Defendant

4340 Corporate Rd
Street Address

North Chas. SC 29405
City            State      Zip

(843) 744-8683
Phone

I, the plaintiff in this civil action, make the following claim against the defendant:

1.) I believe that the defendants are a residents of _____Charleston_____County____.

2.) Check a, b, or c to indicate the type of suit and supply documents required.

   a. (  ) This is a suit on a note; Two (2) copies of note attached.  Defendant has defaulted
   in payment of said note with balance of $_____ now due and payable.

   b. (  ) This is a suit on an account; Two (2) copies of statement attached.  Sign as affiant
   swearing to statement and have your signature notarized.

SWORN and subscribed before me this
_____27th day of October_____ 2023_____

_____

NOTARY PUBLIC, State of South Carolina
My Commission Expires:_____

Attached to this complaint is a
statement of account which I swear
to be true and correct,
with no part of the balance having
been paid.

_____
Affiant=s Signature (Plaintiff)

c. (  X  ) OTHER.  This is a claim based on the following facts: (Describe Complaint)

Plaintiff brings this action against the defendant jointly and severally,
Following a letter received by Candidate Singletary from Director Issac Cramer (exhibit A)
for the Charleston Election Commission on October 20 2023 candidate Singletary has
experience several adverse actions to his campaign and personally. On Monday Oct. 23,
2023 a sign of candidate Singletary's was set on fire in the middle of the median presenting a
public safety hazard to the public at the corner of Dorchester Rd. and Westcott Blvd. (the
arson video will be provided in court on a USB drive). Over the next several days a rash of at
least eight incidents of (8) 4ft by 8ft signs have disappeared due to vandalism and removal.
Finally, a video surfaced (will be provided in court on USB drive) showing signs being
removed from the right of way at the corner of Corporate Drive and Bridgeview Drive in
North Charleston. The video captures an individual knowingly, willfully, maliciously,
physically destroying, taking in to pocession, and removing candidate Singletary's signs
thought to be Keith Rossoen wearing a company green shirt, on company time and possibly

working for Corporate Road Properties, LLC owned by David Maybank III. During one of his several episodes of destruction and removal of property the individual in the green shirt had a conversation with Mr. Lee who was driving the black Nissan Rogue.

It has been discovered the individuals through their concerted effort listed below may be involved in the destruction of property exceeding an amount of $2,000.00. Through the use of documents, pictures, and videos the following individuals may be involved, possess information regarding, or has some vicarious liability regarding the unlawful acts purported. The Corporate Rd. Properties is located at 4340 Corporate Rd. in North Charleston and the Charleston County Election and Registration Commission is also located at the same address 4340 Corporate Rd. in North Charleston.

1. Isaac Cramer (Charleston County Election Director)
2. Keith Rossoen
3. Thomas James Lee (Black Nissan Rogue Lisc. Plate # PPX 354 for SC)

4. David Maybank III

_____

(attach supplement if necessary)

3.) I believe because of the following information, that I am entitled to, and request a judgment for

$__7,500.00_____ and/or other relief:

_____

(Include any costs resulting from this action.  (Example: court costs, legal fees, interest)

I STATE UNDER PENALTY OF PERJURY THAT THE ABOVE IS CORRECT AND TRUTHFUL.

_____7/27/2023_____         _____
Date                                              Signature of Plaintiff or Attorney          FORM

C32-5270



FILED IN CHARLESTON COUNTY

OCT 27 2023

North Area Small Claims Court





FILED IN CHARLESTON COUNTY

OCT 27 2023

North Area Small Claims Court



Exhibit A

## Re: Campaign Signs

| | |
|---|---|
| **From** | john@singletaryphotography.com |
| **To** | Isaac D. Cramer |
| **Date** | Sat 11:04 |
| **Priority** | Highest |

Hello Director Cramer, I am aware of 7-25-180. I have a sign on the Corporate Rd.
The sign exceeds the 500 ft. requirement from the door. Certainly the mandate is
not the street entrance. Prior on Headquarters Rd. the Street was littered with
signs past the entrance. Please respond letting me know if you are
referring to any of my signs.

Sincerely,

John Singletary
843-693-2823

FILED IN CHARLESTON COUNTY

OCT 27 2023

North Area Small Claims Court

On 2023-10-26 09:22, Isaac D. Cramer wrote:
Good morning,

As we approach the early voting period and Election Day, it is crucial
to be aware of the regulations concerning campaign materials within
close proximity to polling locations. According to South Carolina law,
campaign signs, literature, and any other campaign-related materials
are strictly prohibited from being displayed within 500 feet of the
entrance of polling places, regardless of whether it is Election Day
or during Early Voting.

Currently, we have observed an increase in the number of signs being
placed on public right-of-ways near our main office on Corporate Rd.
We kindly request that you promptly arrange for the removal of these
signs by your campaign. In the event that they are not removed, we
will be obligated to take action to ensure compliance with the law.

We appreciate your cooperation in adhering to these regulations, which
are State law.

SECTION 7-25-180. Unlawful distribution of campaign literature.

(A) It is unlawful for a person to distribute any type of campaign
literature or place any political posters within five hundred feet of
any entrance used by the voters to enter the polling place, during
polling hours on an election day and during the early voting period.

(B) A candidate may wear within five hundred feet of the polling place
a label no larger than four and one-fourth inches by four and
one-fourth inches that contains the candidate's name and the office he
is seeking. If the candidate enters the polling place, he may not
display any of this identification including, but not limited to,
campaign stickers or buttons.

Thank you for your understanding and cooperation.

Warm regards,

Isaac

Isaac D. Cramer | Executive Director
Charleston County Board of Voter Registration and Elections
P: 843.744.VOTE

**STATE OF SOUTH CAROLINA** )
**COUNTY OF CHARLESTON** )

<u>2023CV1011501578</u>
CIVIL CASE NUMBER
**IN THE MAGISTRATE'S COURT**
**ANSWER**

John Singletary
4321 Waterview Circle
North Charleston, SC 29418
(843) 693-2823

**PLAINTIFF(S)**
Vs

| Isaac Cramer | Keith Rossoen | Thomas James Lee | David Maybank III |
|---|---|---|---|
| 4340 Corporate Rd | 4340 Corporate Rd | 4340 Corporate Rd | 4340 Corporate Rd |
| North Charleston, SC 29405 | North Charleston, SC 29405 | North Charleston, SC 29405 | North Charleston, SC 29405 |

**DEFENDANT(S)**

On _____ I was served with a Complaint requiring me to answer within thirty days from the date of service. My Answer, which is hereby filed with the **Small Claims - North,** is as follows:

CHECK ONE:

A. ☐ I contest the jurisdiction of the court based on the following: (use additional pages if necessary)

_____

_____

B. ☐ I admit everything in the complaint and do not want a trial.

C. ☐ I admit that I am responsible, but not for the total amount claimed by the Plaintiff(s) because: (use additional pages if necessary) _____

_____

_____

D. ☐ I deny that I am responsible at all because: (use additional pages if necessary)

_____

_____

<u>**YOU MUST FILE THIS DOCUMENT WITH THE COURT WITHIN THIRTY DAYS**</u>

THE DEFENDANT/PLAINTIFF STATES THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF HIS/HER KNOWLEDGE.

DATED: _____

_____
SIGNATURE OF DEFENDANT(S) (OR ATTORNEY)
**\*\*IF MORE THAN ONE DEFENDANT, ALL MUST FILE ANSWER\*\***

**PLEASE RETURN TO:**
**Small Claims - North**
**4045 Bridge View Drive**
**P. O. Box 70235**
**North Charleston, SC 29405**
**Phone: (843) 202-6650**
**Fax: (843) 202-6652**

MV2

STATE OF SOUTH CAROLINA )  2023CV1011501578
COUNTY OF CHARLESTON )  CIVIL CASE NUMBER
 )  IN THE MAGISTRATE'S COURT
 )  AFFIDAVIT OF SERVICE

*Not Employed at this address.*

*L. Owen  10-30-23*

John Singletary
4321 Waterview Circle
North Charleston, SC 29418
(843) 693-2823

**PLAINTIFF(S)**

Vs

| Isaac Cramer | Keith Rossoen | Thomas James Lee |
| 4340 Corporate Rd | 4340 Corporate Rd | 4340 Corporate Rd |
| North Charleston, SC 29405 | North Charleston, SC 29405 | North Charleston, SC 29405 |

**DEFENDANT(S)**

David Maybank III
4340 Corporate Rd
North Charleston, SC 29405

PERSONALLY PREPARED BEFORE ME, the undersigned deponent, who being duly sworn
says that (s)he served the _____ Summons & Complaint Documents _____ in this action
                              (Describe document(s) served)

on _____ by delivery to
                    (Name of party served)

☐ _____ personally;
                    (Name of party served)

☐ _____ the _____ of the party served,
        (Name of person served)              (Note relationship to party)

and a person of discretion residing at the residence of the party served;

☐ _____ the _____ of _____
     (Name of person served)        (Title)        (Name of corporate party served)

and leaving with ☐ (him) ☐ (her) a copy at _____
                                                        (Street address)

in _____ _____ County, South Carolina,
        (City or Town)              County

on _____ at _____ o'clock

that deponent knows the person so served, and that deponent is not a party of this action, is not less than eighteen (18) years of age and has no interest therein or connection therewith.

☐ Unable to locate and serve the above process on the defendant after diligent efforts to do so.  The process is returned unexecuted.

Sworn to and Subscribed before me  )
this _____ day of _____ , 20 _____  )  _____
 )  Signature of Deponent
 )
Notary Public for South Carolina  )  Entered in the Sheriff's Service Book on
My Commission expires _____  )  Book _____ Page _____ Number _____

Return to:
Small Claims - North
4045 Bridge View Drive
P. O. Box 70235
North Charleston, SC  29405
Phone: (843) 202-6650
Fax: (843) 202-6652

FILED IN CHARLESTON COUNTY

NOV 0 1 2023

North Area Small Claims Court

MV65

*2023-CP-10-5440*

| | | |
|---|---|---|
| **STATE OF SOUTH CAROLINA** | ) | <u>2023CV1011501578</u> |
| | ) | CIVIL CASE NUMBER |
| **COUNTY OF CHARLESTON** | ) | |
| | ) | **IN THE MAGISTRATE'S COURT** |
| | ) | |
| | ) | **SUMMONS** |
| | ) | |

John  Singletary
4321 Waterview Circle
North Charleston, SC 29418
(843) 693-2823
PLAINTIFF(S)

Vs

| | | | |
|---|---|---|---|
| Isaac  Cramer | Keith  Rossoen | Thomas James Lee | David  Maybank III |
| 4340 Corporate Rd | 4340 Corporate Rd | 4340 Corporate Rd | 4340 Corporate Rd |
| North Charleston, SC | North Charleston, SC | North Charleston, SC | North Charleston, SC |
| 29405 | 29405 | 29405 | 29405 |

DEFENDANT(S)

### TO THE DEFENDANT(S) NAMED ABOVE:

**YOU ARE SUMMONED** and required to answer the allegations of the attached complaint and present any appropriate counterclaims/crossclaims to the attached Complaint within THIRTY days from the first day after receipt of this summons.  Your Answer must be received by the:

**Small Claims - North**
**4045 Bridge View Drive**
**P. O. Box 70235**
**North Charleston, SC 29405**
**Phone: (843) 202-6650**
**Fax: (843) 202-6652**

If you fail to answer within the prescribed time, a judgment by default may be rendered against you for the amount or other remedy requested in the attached complaint, plus interest and costs.  **If you desire a jury trial, you must request one in writing at least five (5) working days prior to the date set for trial.**  If no jury trial is timely requested, the matter will be heard and decided by the Judge.

# READ ATTACHED INSTRUCTIONS CAREFULLY

October 30, 2023

IN THE SMALL CLAIMS - NORTH

**INSTRUCTIONS FOR DEFENDANT**

**If you do not wish to oppose plaintiff's claim you may:**

Contact plaintiff and make an out-of-court settlement with the plaintiff before the trial date and file with the magistrate court a dismissal of the case signed by the plaintiff, or make no answer to the complaint. In that case, the plaintiff will be given a default judgment against you in the amount specified in the complaint.

**If you wish to oppose the claim:**

a.  You must file an answer with the magistrate's court within the time limit specified in the summons. If you fail to answer within that time period, you lose your right to defend the case and the plaintiff may be given a default judgment against you in the amount specified in the complaint. Your answer may be made in writing in a form approved by the magistrate, or your answer may be made orally to the magistrate's court if you appear in person within the time limit specified in the summons.

b.  If you answer within the specified time, you will be notified of the time and date of the trial. You must maintain a correct mailing address with the court and you must appear for trial. Should you fail to appear, you lose your right to defend the case and the plaintiff may be given a default judgment against you in the amount specified in the complaint.

c.  At the time for trial you must bring with you **all books, papers, witnesses, and evidence you have to establish your defense. You are required to comply with the South Carolina Rules of Evidence.**

d.  At your request the court will issue a subpoena for any witness you may need tendering a fee of $8.00 (You must request the subpoena as soon as possible and before the trial date). A witness subpoenaed to attend a proceeding under these rules shall receive for each day's attendance and for the time necessarily occupied in going to and returning from the proceeding $25.00 per day and mileage the same amount as provided by law for official travel of State officers and employees.

If you desire a jury trial, you must request one in writing at least **FIVE** (5) working days prior to the date set for trial. If no jury trial is timely requested, the matter will be heard and decided by the magistrate.

If you have a claim against the plaintiff that grows out of the same transaction or occurrence as the plaintiff's claim, you may file a counterclaim. The counterclaim must be filed with the magistrate within the time limit specified in the summons for answering. The counterclaim must be made in writing in a form approved by the magistrate, or it may be made orally to the magistrate's court if you appear in person within the time limit specified in the summons. Your counterclaim will be tried at the same time as the plaintiff's claim if it does not exceed the jurisdiction of the magistrate to hear. If the counterclaim exceeds the magistrate's jurisdiction, the entire matter will be transferred to the circuit court.

If you have a claim against the plaintiff that does not grow out of the same occurrence or transaction as the plaintiff's claim, you may file a claim (complaint) against the plaintiff. This claim would be heard separate and apart from the plaintiff's claim against you.

If you are a member of the Armed Services of the United States, please advise the court upon receipt of this summons.

If you are under 18 years of age, please advise the court upon receipt of this summons.

If you are a prisoner in any municipal, county, state, or federal jail or prison, please advise the court upon receipt of this summons.

You may be represented by an attorney, but are not required to have one. The magistrate's court will explain the procedure of the court and will help you prepare papers related to your action if you require such assistance. The court cannot, however, represent you or provide you with an attorney or give you any legal advice.

**If you are a business and are going to be represented by a Non-Lawyer, a Non-Lawyer Authorization Form must be included with your Answer/Counterclaim. (See 33-1-103 SC Code of Laws)**

STATE OF SOUTH CAROLINA
COUNTY OF CHARLESTON

2023-CP-10-5440

IN THE SMALL CLAIMS COURT

_Isaac Cramer_
_Keith Rossaen_
_Thomas James Lee_
_David Maybank III_

FILED IN CHARLESTON COUNTY

OCT 27 2023

North Area Small Claims Court

___John Singletary_____
Plaintiff

___4321 Waterview Circle____
Street Address

__North Charleston_SC____29418__
City          State    Zip

(843) 693-2823
Phone

Defendant

_4340 Corporate Rd_
Street Address

_North Chas SC 29405_
City          State    Zip

_(843) 744-8683_
Phone

I, the plaintiff in this civil action, make the following claim against the defendant:

1.) I believe that the defendants are a residents of _____Charleston_____County.

2.) Check a, b, or c to indicate the type of suit and supply documents required.

    a. (  ) This is a suit on a note; Two (2) copies of note attached.  Defendant has defaulted in payment of said note with balance of $_____ now due and payable.

    b. (  ) This is a suit on an account; Two (2) copies of statement attached.  Sign as affiant swearing to statement and have your signature notarized.

SWORN and subscribed before me this
_____27th day of October_____ 2023_____

_____

NOTARY PUBLIC, State of South Carolina
My Commission Expires:_____

Attached to this complaint is a statement of account which I swear to be true and correct, with no part of the balance having been paid.

_____
Affiant's Signature (Plaintiff)

c. (  X  ) OTHER.  This is a claim based on the following facts: (Describe Complaint)

Plaintiff brings this action against the defendant jointly and severally,
Following a letter received by Candidate Singletary from Director Issac Cramer (exhibit A) for the Charleston Election Commission on October 20 2023 candidate Singletary has experience several adverse actions to his campaign and personally. On Monday Oct. 23, 2023 a sign of candidate Singletary's was set on fire in the middle of the median presenting a public safety hazard to the public at the corner of Dorchester Rd. and Westcott Blvd. (the arson video will be provided in court on a USB drive). Over the next several days a rash of at least eight incidents of (8) 4ft by 8ft signs have disappeared due to vandalism and removal. Finally, a video surfaced (will be provided in court on USB drive) showing signs being removed from the right of way at the corner of Corporate Drive and Bridgeview Drive in North Charleston. The video captures an individual knowingly, willfully, maliciously, physically destroying, taking in to pocession, and removing candidate Singletary's signs thought to be Keith Rossoen wearing a company green shirt, on company time and possibly

working for Corporate Road Properties, LLC owned by David Maybank III. During one of his several episodes of destruction and removal of property the individual in the green shirt had a conversation with Mr. Lee who was driving the black Nissan Rogue.

It has been discovered the individuals through their concerted effort listed below may be involved in the destruction of property exceeding an amount of $2,000.00. Through the use of documents, pictures, and videos the following individuals may be involved, possess information regarding, or has some vicarious liability regarding the unlawful acts purported. The Corporate Rd. Properties is located at 4340 Corporate Rd. in North Charleston and the Charleston County Election and Registration Commission is also located at the same address 4340 Corporate Rd. in North Charleston.

1. Isaac Cramer (Charleston County Election Director)
2. Keith Rossoen
3. Thomas James Lee (Black Nissan Rogue Lisc. Plate # PPX 354 for SC)

4. David Maybank III

_____
(attach supplement if necessary)

3.) I believe because of the following information, that I am entitled to, and request a judgment for

$__7,500.00_____ and/or other relief:

_____
(Include any costs resulting from this action. (Example: court costs, legal fees, interest)

I STATE UNDER PENALTY OF PERJURY THAT THE ABOVE IS CORRECT AND TRUTHFUL.

_____7/27/2023_____          _____
Date                                            Signature of Plaintiff or Attorney          FORM

C32-5270



FILED IN CHARLESTON COUNTY

OCT 2 7 2023

North Area Small Claims Court





FILED IN CHARLESTON COUNTY

OCT 27 2023

North Area Small Claims Court



Exhibit A

## Re: Campaign Signs

| | |
|---|---|
| From | john@singletaryphotography.com |
| To | Isaac D. Cramer |
| Date | Sat 11:04 |
| Priority | Highest |

Hello Director Cramer,  I am aware of 7-25-180.  I have a sign on the Corporate Rd.
The sign exceeds the 500 ft. requirement from the door.  Certainly the mandate is
not the street entrance.  Prior on Headquarters Rd. the Street was littered with
signs past the entrance.  Please respond letting me know if you are
referring to any of my signs.

Sincerely,

John Singletary
843-693-2823

FILED IN CHARLESTON COUNTY

OCT 27 2023

North Area Small Claims Court

On 2023-10-20 09:22, Isaac D. Cramer wrote:
Good morning,

As we approach the early voting period and Election Day, it is crucial
to be aware of the regulations concerning campaign materials within
close proximity to polling locations. According to South Carolina law,
campaign signs, literature, and any other campaign-related materials
are strictly prohibited from being displayed within 500 feet of the
entrance of polling places, regardless of whether it is Election Day
or during Early Voting.

Currently, we have observed an increase in the number of signs being
placed on public right-of-ways near our main office on Corporate Rd.
We kindly request that you promptly arrange for the removal of these
signs by your campaign. In the event that they are not removed, we
will be obligated to take action to ensure compliance with the law.

We appreciate your cooperation in adhering to these regulations, which
are State law.

SECTION 7-25-180. Unlawful distribution of campaign literature.

(A) It is unlawful for a person to distribute any type of campaign
literature or place any political posters within five hundred feet of
any entrance used by the voters to enter the polling place, during
polling hours on an election day and during the early voting period.

(B) A candidate may wear within five hundred feet of the polling place
a label no larger than four and one-fourth inches by four and
one-fourth inches that contains the candidate's name and the office he
is seeking. If the candidate enters the polling place, he may not
display any of this identification including, but not limited to,
campaign stickers or buttons.

Thank you for your understanding and cooperation.

Warm regards,

Isaac

Isaac D. Cramer | Executive Director
Charleston County Board of Voter Registration and Elections
p: 843.744.VOTE

**STATE OF SOUTH CAROLINA**                )                     2023CV1011501578
**COUNTY OF CHARLESTON**                    )                     CIVIL CASE NUMBER
                                           )                     **IN THE MAGISTRATE'S COURT**
                                           )                     **ANSWER**

John Singletary
4321 Waterview Circle
North Charleston, SC 29418
(843) 693-2823
_____
**PLAINTIFF(S)**
Vs

| Isaac Cramer | Keith Rossoen | Thomas James Lee | David Maybank III |
|---|---|---|---|
| 4340 Corporate Rd | 4340 Corporate Rd | 4340 Corporate Rd | 4340 Corporate Rd |
| North Charleston, SC 29405 | North Charleston, SC 29405 | North Charleston, SC 29405 | North Charleston, SC 29405 |

**DEFENDANT(S)**



On _____ I was served with a Complaint requiring me to answer within thirty days from the date of service. My Answer, which is hereby filed with the **Small Claims - North,** is as follows:

CHECK ONE:

    A. ☐ I contest the jurisdiction of the court based on the following: (use additional pages if necessary)
_____
_____

    B. ☐ I admit everything in the complaint and do not want a trial.

    C. ☐ I admit that I am responsible, but not for the total amount claimed by the Plaintiff(s) because: (use additional pages if necessary) _____
_____
_____

    D. ☐ I deny that I am responsible at all because: (use additional pages if necessary)
_____

## YOU MUST FILE THIS DOCUMENT WITH THE COURT WITHIN THIRTY DAYS

THE DEFENDANT/PLAINTIFF STATES THAT THE INFORMATION CONTAINED IN THIS ANSWER IS TRUE AND CORRECT TO THE BEST OF HIS/HER KNOWLEDGE.

DATED: _____

_____
SIGNATURE OF DEFENDANT(S)  (OR ATTORNEY)
**\*\*IF MORE THAN ONE DEFENDANT,  ALL MUST FILE ANSWER\*\***

**PLEASE RETURN TO:**
**Small Claims - North**
**4045 Bridge View Drive**
**P. O. Box 70235**
**North Charleston, SC 29405**
**Phone: (843) 202-6650**
**Fax: (843) 202-6652**

MV2

2023-CP-10-5446

STATE OF SOUTH CAROLINA ) IN THE SMALL CLAIMS COURT
COUNTY OF CHARLESTON ) NORTH AREA
)
)
**CASE NO: 2023CV1011501578**

John Singletary, )
                    Plaintiff, )
                               )
    -VS- ) TRANSFER ORDER
                               )
Isaac Cramer, )
Keith Rossoen )
Thomas James Lee )
Asten Johnson )
Charleston County Election )
And others to be named, all )
Jointly and severally )
                               )
                    Defendants )

_____

        IT APPEARING TO THIS COURT that the Defendant's claim exceeds the subject matter

and damage limits jurisdictional limit of the Charleston County Small Claims Court; it is hereby

        ORDERED, ADJUDGED, and DECREED that this matter above captioned is transferred to

the Charleston County Court of Common Pleas for all proceedings consistent with trying of matters

filed in an original capacity with the Court of Common Pleas in the state of South Carolina; and

        ORDERED, ADJUDGED, and DECREED that any fees or cost required shall be paid by the

Plaintiff but recoverable according to state statue or court rule at the conclusion of this matter.

                        AND IT IS SO ORDERED!


Nov. 1st
_____, 2023
North Charleston, SC 29405

_____
Richardine L. Singleton-Brown
Presiding Judge

2023-CP-10-5446

**Enclosure: File/Return**
**RECEIPT**

**RECEIPT OF THESE DOCUMENTS IS ACKNOWLEDGED BY:**

(✓) Clerk of Court ___Charleston___ County

( ) Magistrate _____

Date of Receipt: ___November___ , __6__ , 20_23_ By ___Whitney Lookadoo___ , Court Specialist II

(Name and Title)

2023 NOV -6  PH 3:32
JULIE J. ARMSTRONG
CLERK OF COURT
BY



**CHARLESTON COUNTY**
SOUTH CAROLINA

843.202-6650
Fax: 843.202-6652
4045 Bridge View Drive
North Charleston, SC  29405

Judge Richardine Singleton
Brown
**Magistrate**

NORTH AREA SMALL CLAIMS
COURT

November 3, 2023

**VIA INTER-OFFICE MAIL**

Clerk of Court
100 Broad Street, Ste. 106
Charleston, SC  29401

**RE: John Singletary vs. Isaac Cramer, Keith Rossoen, Thomas James Lee, Asten Johnson Charleston County Election, and others to be named, all jointly and severally**

**CASE NO:    2023CV1011501578**

Dear Madam Clerk:

Enclosed you will find an original case file regarding the above captioned case.  I would appreciate it if you would file and return the receipt to North Area small Claims.

Thanking you in advance.

Sincerely,

Tammie M. Carter
Summary Court Specialist

2023-CP-10-5440

# STATE OF SOUTH CAROLINA

# COUNTY OF CHARLESTON

John Singletary
4321 Waterview Circle
North Charleston, SC 29418

### NOTIFICATION OF NON-SERVICE

RE:  John Singletary        Vs    Keith Rossoen
                                      David Maybank III

**PLAINTIFF(S)**                                             **DEFENDANT(S)**

**CASE NUMBER: 2023CV1011501578**

Please be advised that your civil action has been returned from the Charleston County
Sheriff's Department/Constable/Process Server with non-service for the following reason(s):

☐    Defendant does not reside in Charleston County

☐    Defendant no longer resides at given address

☐    Defendant is deceased

☐    Defendant's address is unknown

☐    Vacant Lot

☐    Apartment number or lot number required

☐    Defendant never home

☐    Unable to serve after five or more attempts

☐    Restraining Orders - There is NOT a fee of $10 to attempt service at a new address.

☒    Other: **David Maybank III is the owner of the building, and a new address is needed to
serve him; Keith Rossoen is not employed at the property.**

Please note that **the Court must receive any new address within 30 days** from the date of this letter
with a fee of $10 to attempt service at the new address.  Should no new address be supplied within the
number of days stated above, this action will be dismissed and you will be required to re-file for further
action.  Please submit any new information to the below address or fax to the number shown.

**Small Claims - North
4045 Bridge View Drive
P. O. Box 70235
North Charleston, SC  29405
Phone: (843) 202-6650
Fax: (843) 202-6652**
November 1, 2023

MV17